**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mary A. Harper                                                         CHAPTER 13

                Debtor(s)

                                          BKY. NO. 19-17400 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                                    Respectfully submitted,

                              /s/ *Rebecca Solarz*
                              Rebecca Solarz
                              12 Jan 2021, 11:13:37, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322