| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-17400-AMC

MARY A HARPER
PAUL WILLIAMS
6652 N UBER STREET
PHILADELPHIA  PA   19138

Petition Filed Date: 11/26/2019
341 Hearing Date: 02/07/2020
Confirmation Date: 09/30/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/09/2020 | $335.00 | 6822919508 | 03/09/2020 | $335.00 | 6822919509 | 04/13/2020 | $670.00 | 26563922065 |
| 05/05/2020 | $335.00 | 26563932595 | 05/19/2020 | $335.00 | 26563935734 | 06/29/2020 | $335.00 | 26563964275 |
| 08/03/2020 | $335.00 | 26563962947 | 09/01/2020 | $335.00 | 26845542202 | 09/22/2020 | $335.00 | 26845548851 |
| 11/02/2020 | $335.00 | 26845568155 | 11/24/2020 | $335.00 | 26845569630 | 01/07/2021 | $335.00 | 27015257395 |
| 01/22/2021 | $335.00 | 27126274994 | 03/08/2021 | $335.00 | 27126297472 | 03/30/2021 | $335.00 | 26850863070 |
| 05/03/2021 | $335.00 | 26850877582 | | | | | | |

**Total Receipts for the Period: $5,695.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,695.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MARY A HARPER | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $640.99 | $0.00 | $640.99 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 002 | Unsecured Creditors | $331.81 | $0.00 | $331.81 |
| 3 | CACH, LLC<br>»» 003 | Unsecured Creditors | $3,005.74 | $0.00 | $3,005.74 |
| 4 | BECKET & LEE, LLP<br>»» 004 | Unsecured Creditors | $369.84 | $0.00 | $369.84 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 005 | Unsecured Creditors | $1,415.46 | $0.00 | $1,415.46 |
| 6 | BANK OF AMERICA  N.A.<br>»» 006 | Mortgage Arrears | $18,977.67 | $1,284.41 | $17,693.26 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $666.47 | $45.11 | $621.36 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $3,865.00 | $3,865.00 | $0.00 |

**Chapter 13 Case No. 19-17400-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,695.00 | Current Monthly Payment: | $464.00 |
| Paid to Claims: | $5,194.52 | Arrearages: | $901.72 |
| Paid to Trustee: | $500.48 | Total Plan Base: | $26,548.72 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.