United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17400-amc |
| Mary A. Harper | Chapter 13 |
| Mary A. Harper | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary A. Harper, 234 E. Fariston Drive, Philadelphia, PA 19120-1008 |
| db | + | Mary A. Harper, MAILING ADDRESS:, Paul Williams, 6652 N Uber Street, Philadelphia, PA 19138-3134 |
| 14448873 | | BANK OF AMERICA, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14575898 | + | Bank of America, N.A., c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14431105 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14431106 | + | Phelan Hallinan, 1617 JFK Blvd, Philadelphia, PA 19103-1821 |
| 14431112 | | Water Revenue Bureau, 1415 JKF Blvd., 15th Floor, Philadelphia, PA 19105 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 09 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14669059 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 09 2022 00:06:00 | BANK OF AMERICA, N.A., 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14458412 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 09 2022 00:06:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14431099 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 09 2022 00:06:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14455572 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2022 00:13:34 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14482401 | | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14456105 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2022 00:13:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14452918 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 09 2022 00:13:34 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14431100 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 09 2022 00:13:34 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14431101 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 09 2022 00:06:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14437676 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2022 00:13:34 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-17400-amc    Doc 75    Filed 06/10/22    Entered 06/11/22 00:30:04    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14431102 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2022 00:06:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14431104 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 09 2022 00:06:00 | Peco, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14431107 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 00:13:44 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14431108 | + | Email/Text: dbogucki@trumark.org | Jun 09 2022 00:07:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14431109 | + | Email/Text: EDBKNotices@ecmc.org | Jun 09 2022 00:06:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 14431110 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 09 2022 00:06:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14431111 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 09 2022 00:06:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14431103 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2022           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ERIK B. JENSEN | on behalf of Debtor Mary A. Harper erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JEFFREY M. CARBINO | on behalf of Debtor Mary A. Harper Jeff.Carbino@offitkurman.com jeffreycarbin@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com |
| JEROME B. BLANK | on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 26 |

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    MARY A HARPER

Chapter 13

Bankruptcy No. 19-17400-AMC

Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: June 8, 2022

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE