| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-17400-AMC

MARY A HARPER
c/o PAUL WILLIAMS
6652 N UBER STREET
PHILADELPHIA  PA    19138

Petition Filed Date: 11/26/2019
341 Hearing Date: 02/07/2020
Confirmation Date: 09/30/2020

Case Status: Dismissed After Confirmation on 6/ 8/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $335.00 | 26850877582 | 06/15/2021 | $335.00 | 26845559717 | 07/15/2021 | $335.00 | 27351272687 |
| 09/15/2021 | $335.00 | 27628411296 | 10/26/2021 | $335.00 | 27628421556 | 11/16/2021 | $335.00 | 27628428723 |
| 12/15/2021 | $335.00 | 27628444653 | | | | | | |

**Total Receipts for the Period:  $2,345.00    Amount Refunded to Debtor Since Filing:  $308.20    Total Receipts Since Filing: $7,705.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MARY A HARPER | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $640.99 | $0.00 | $640.99 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  002 | Unsecured Creditors | $331.81 | $0.00 | $331.81 |
| 3 | CACH, LLC<br>»»  003 | Unsecured Creditors | $3,005.74 | $0.00 | $3,005.74 |
| 4 | BECKET & LEE, LLP<br>»»  004 | Unsecured Creditors | $369.84 | $0.00 | $369.84 |
| 5 | PHILADELPHIA GAS WORKS<br>»»  005 | Unsecured Creditors | $1,415.46 | $0.00 | $1,415.46 |
| 6 | CARRINGTON MORTGAGE SERVICES, LLC<br>»»  006 | Mortgage Arrears | $18,977.67 | $2,753.71 | $16,223.96 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»»  007 | Secured Creditors | $666.47 | $96.71 | $569.76 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $3,865.00 | $3,865.00 | $0.00 |
| 8 | CARRINGTON MORTGAGE SERVICES, LLC<br>»»  06P | Secured Creditors | $3,977.78 | $0.00 | $3,977.78 |
| 0 | MARY A HARPER | Debtor Refunds | $308.20 | $308.20 | $0.00 |

**Chapter 13 Case No. 19-17400-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,705.00 | Current Monthly Payment: | $464.00 |
| Paid to Claims: | $7,023.62 | Arrearages: | $0.00 |
| Paid to Trustee: | $681.38 | Total Plan Base: | $26,548.72 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.